UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Brandy Taylor,

      Plaintiff,

v.                                                                          Case No. 14-13893

Commissioner of Social Security,                       Sean F. Cox
                                                                           United States District Court Judge

      Defendant.
_____/

**ORDER
ACCEPTING AND ADOPTING
REPORT & RECOMMENDATION**

      Plaintiff filed this action seeking judicial review of the Commissioner's determination that her minor son is not entitled to Social Security benefits.

      The matter was referred to Magistrate Judge Mona Majzoub for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).

      In a Report and Recommendation ("R&R") issued on April 30, 2015, Magistrate Judge Majzoub recommends that this matter be dismissed, without prejudice, for failure to prosecute.

      Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

      No party has filed objections to the R&R and the time permitted for filing objections to

1

the R&R has passed.

The Court hereby ADOPTS the April 30, 2015 Report and Recommendation.  IT IS

ORDERED that this action is hereby DISMISSED WITHOUT PREJUDICE FOR FAILURE TO

PROSECUTE.

IT IS SO ORDERED.


Dated:  May 20, 2015                          S/ Sean F. Cox
                                              Sean F. Cox
                                              U. S. District Judge


I hereby certify that on May 20, 2015, the foregoing document was served on counsel of record
via electronic means and upon Brandy Taylor via First Class mail at the address below:

Brandy Taylor
4012 Fullerton
Detroit, MI 48238


                                              S/ J. McCoy
                                              Case Manager